# BROOKLYN LEGAL SERVICES CORP. A
The primary provider of free legal services to low income clients
throughout North and East Brooklyn

Chairman of the Board
Valarie Hing, Esq.

Project Director & Chief Counsel
Martin S. Needelman, Esq.

General Counsel
Paul J. Acinapura, Esq.

**From the desk of:**

**Joseph M. Sanders, Esq.**
Staff Attorney,
Anti-Predatory Lending/
Foreclosure Prevention Unit
80 Jamaica Avenue
Brooklyn, NY 11207
(718) 487-1300
Fax: (718) 342-1780
Email: jsanders@bka.org

November 10, 2008

Hon. Nicholas Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201

Re: Request for One Consolidated Motion
M&T Mortgage Corp. v. White, White v. Better
Homes Depot, et al., 04-cv-4775 (NG)(VVP) and
Council v. Better Homes Depot, et al, 04-cv-5620
(NG)(VVP)

Dear Judge Garaufis:

     This office represents the defendant/third party plaintiff, Leo White and the plaintiffs Linda and Kimberly Council (hereinafter, the "plaintiffs"). Pursuant to Your Honor's Individual Rules, paragraph III(C), memoranda of law are limited to 25 pages. The undersigned respectfully request permission to submit one memorandum of law with a 50 page limit for the two above referenced cases rather than two memoranda of law each with a 25 page limit.

     We base this request on the fact that the two above mentioned cases were consolidated for discovery purposes, and each memorandum will be relying on a common appendix of exhibits. Given the length of discovery in this case, the exhibits will be extensive, and referencing two separate sets of exhibits would be unnecessarily burdensome on the Court as well as all the parties. Furthermore, submitting one consolidated memorandum of law rather

2   November 10, 2008 Letter Application to Judge Garaufis

than two will eliminate many redundancies within the memorandum itself.

    Thank you for your consideration of our request.

Very truly yours,

Brooklyn Legal Services Corp. A

By:   /s/
Joseph M. Sanders, Esq. (JS 2530)
Richard J. Wagner, Esq. (RW 3017)
80 Jamaica Avenue
Brooklyn, New York 11207
(718) 487-1300

Attorneys for plaintiffs