UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
M&T MORTGAGE CORP.,

        Plaintiff,

    -against-

LEO WHITE et al.,

        Defendants.

    and

LEO WHITE,

        Third-Party Plaintiff,

    against

BETTER HOMES DEPOT, INC., et al.,

        Third-Party Defendants.
----------------------------------------------------------------x

LINDA COUNCIL and KIMBERLY COUNCIL,

        Plaintiffs,

    -against-

BETTER HOMES DEPOT, INC., et al.,

        Defendants.
----------------------------------------------------------------x

04-CV-4775 (NGG) (VVP)

**ORDER**

04-CV-5620 (NGG) (VVP)

NICHOLAS G. GARAUFIS, United States District Judge.

    On January 30, 2009, several parties in the above-captioned cases filed cross-motions for summary judgment. (Motion for Summary Judgment by Better Homes Depot, Inc. and Madison

Home Equities, Inc. (Docket Entry #279, No. 04-CV-4775; Docket Entry #310, No. 04-CV-5620); Motion for Summary Judgment by Defendant/Third-Party Plaintiff Leo White and Plaintiffs Linda Council and Kimberly Council (Docket Entry #282, No. 04-CV-4775; Docket Entry #313, No. 04-CV-5620).) The court refers these two motions to Magistrate Judge Viktor V. Pohorelsky for a Report and Recommendation.

SO ORDERED.

Dated: April 13, 2009
Brooklyn, N.Y.

s/Nicholas G. Garaufis
NICHOLAS G. GARAUFIS
United States District Judge