# BROOKLYN LEGAL SERVICES CORP. A
**The primary provider of free legal services to low income clients throughout North and East Brooklyn**

Chairman of the Board
Valarie Hing, Esq.

Project Director & Chief Counsel
Martin S. Needelman, Esq.

General Counsel
Paul J. Acinapura, Esq.

Joseph M. Sanders, Esq.
Staff Attorney
Anti-Predatory Lending/Foreclosure Prevention
East New York Office
80 Jamaica Avenue
Brooklyn, NY 11207
(718) 487-1300
Fax: (718) 342-1780
Email: jsanders@bka.org

October 2, 2009

Hon. Nicholas Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, NY 11201
*Via ECF and Regular Mail*

Re:   M&T v. White, White v. Better Homes Depot
      Docket No. 04 CV 4775;

      Council v. Better Homes Depot
      Docket No. 04 CV 5620

Dear Judge Garaufis,

I have the unfortunate task of informing you that Richard J. Wagner, Esq., the Director of Litigation for Brooklyn Legal Services Corporation A (Brooklyn A), passed away Sunday, September 20, 2009. Mr. Wagner died in his home of what appears to have been a heart attack.

Mr. Wagner represented Third Party Plaintiff Leo White and Plaintiffs Linda and Kimberly Council in the above referenced matters. Brooklyn A and Peter Cross of Jacob, Medinger & Finnegan, LLP will continue to represent Mr. White and the Councils in those actions.

Mr. Wagner's death is a huge loss to Brooklyn A and the neighborhoods we serve. He will be deeply missed by co-workers, colleagues and clients. Should you have any questions on the matter, please feel free to contact me.

Very Truly Yours,

Joseph M. Sanders (JS2530)

Cc:

2   Re: M&T v. White, White v. Better Homes Depot Docket No. 04 CV 4775;
    Council v. Better Homes Depot Docket No. 04 CV 5620

Hon. Viktor V. Pohorelsky
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
*Via ECF and Regular Mail*

All Counsel
*Via ECF*